# Court of Appeals
# of the State of Georgia

ATLANTA,  September 12, 2019

*The Court of Appeals hereby passes the following order:*

## A20D0063. DANIEL A. SEYMOUR, III et al. v. RAY M. WRIGHT, INC.

Plaintiff Daniel A. Seymour, III seeks discretionary review of the trial court's order denying the motion for summary judgment filed by Seymour and three other parties. However, we lack jurisdiction.

Because this action remains pending below, Seymour was required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – to appeal the denial of the motion for summary judgment. See OCGA § 5-6-34 (b); *Lumbermen's Underwriting Alliance v. Atl. Wood Indus.*, 207 Ga. App. 392, 392 (427 SE2d 861) (1993). If a certificate of immediate review is not entered within ten days of entry of the order at issue, the party seeking review must wait until the final judgment to appeal. See OCGA § 5-6-34 (b); *Wilcher v. Confederate Packaging, Inc.*, 287 Ga. App. 451, 452 (1) (651 SE2d 790) (2007) ("A certificate of immediate review of a court order must be signed by the trial judge and filed with the clerk of the trial court within ten days of the entry of the interlocutory order sought to be appealed.").

Seymour's failure to follow the required appellate procedure deprives us of

jurisdiction over this application, which is hereby DISMISSED. See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*   09/12/2019
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*